**NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY,**
Petitioner,

v.

**Cecil BENTLEY; Director, Office
of Workers' Compensation
Programs, Respondents.**

No. 06–1697.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2007.

Decided: April 13, 2007.

Jonathan H. Walker, Mason, Mason, Walker & Hedrick, P.C., Newport News, Virginia, for Petitioner. Howard M. Radzely, Solicitor of Labor, Allen H. Feldman, Associate Solicitor, Mark A. Reinhalter, Emily Goldberg–Kraft, United States De-

partment of Labor, Washington, D.C., for Respondent Director, Office of Workers' Compensation Programs.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of relief from continuing liability for longshore disability benefits pursuant to 33 U.S.C. § 908(f) (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Newport News Shipbuilding and Dry Dock Co. v. Bentley*, No. 05–0602 (B.R.B. Apr. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*